7TH JUDICIAL DISTRICT COURT
SOCORRO COUNTY NM
FILED IN MY OFFICE
9/19/2018 4:10 PM
DISTRICT COURT CLERK
Stephanie Vega

STATE OF NEW MEXICO
COUNTY OF SOCORRO
IN THE DISTRICT COURT

DAVID GAYTAN
    Plaintiff,

Case No.:
D-725-CV-2018-00159

Murphy, Mercedes C.

Vs.

STATE OF NEW MEXICO, STATE POLICE OFFICER A.J. ROMERO IN HIS OFFICIAL AND PERSONAL CAPACITIES,
    Defendants,

**COMPLAINT FOR ASSAULT AND BATTERY, FALSE IMPRISONMENT, AND USING THE COLOR OF LAW TO VIOLATE PLAINTIFF'S RIGHTS CONTRARY TO 42 USC § 1983, VIOLATION OF PLAINTIFF'S RIGHT TO BE SECURE IN HIS PROPERTY AND PERSON AS GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE CONSTITUTION OF THE STATE OF NEW MEXICO**

I.   FACTS:

1) Plaintiff David Gaytan is a resident of Socorro County, New Mexico.

2) Defendant A.J. Romero, was employed by the State of New Mexico as a State Police Officer and was on duty in Socorro County, New Mexico on October 12, 2017.

3) Plaintiff David Gaytan owns a lot off of Spring Street in Socorro, New Mexico.

4) On October 12, 2017, David Gaytan was operating a food cart at his lot off Spring Street, as a licensed food vendor.

5) In the past State Police officers would stop motorists and pull them over into Mr. Gaytan's lot, where he operated his food cart.

6) Mr. Gaytan went through the appropriate administrative channels and requested that State Police no longer pull people over into his lot as it affected his business.

7) On October 12, 2017, Officer A.J. Romero, stopped a motorist and pulled said motorist over into Mr. Gaytan's lot.

1

8) After Officer A.J. Romero had finished citing the motorist, Mr. Gaytan went out to speak to the officer and asked him to leave his private property and not to pull people over into his lot again as it was bad for business.

9) A.J. Romero became enraged, forcefully handcuffed Mr. Gaytan, placed Mr. Gaytan into his police car and booked Mr. Gaytan into custody.

10) A.J. Romero never formally charged Mr. Gaytan with any violation of the law.

11) Mr. Gaytan was eventually released from custody.

12) Due to the force Officer A.J. Romero used when he handcuffed Mr. Gaytan, Plaintiff suffered serious permanent personal injury to his wrist area and has been diagnosed with post traumatic stress syndrome from the incident.

## COUNTS I ASSAULT, II BATTERY AND III FALSE IMPRISONMENT

13) Plaintiff re-alleges everything set forth in the preceeding paragraphs as if fully set forth herein.

14) A.J. Romero menanced Plaintiff Gaytan with this body language and verbal language causing Mr. Gaytan to believe he was about to receive an immediate unwanted touching.

15) Plaintiff Gaytan did receive an immediate unwanted touching when Defendant A.J. Romero forcefully grabbed and handcuffed Plaintiff.

16) Plaintiff Gaytan suffered false imprisonment when Defendant A.J. Romero handcuffed Mr. Gaytan, placed him in his patrol car and booked Mr. Gaytan into the jail.

17) As a result of the conduct alleged in the preceding paragraphs Plaintiff suffered serious and permanent personal injury.

WHEREFORE, Plaintiff's ask for asks for all damages allowed by law for attorney's fees and costs, for pre and post judgment interest and for actual, compensatory, incidental and consequential damages, and for any other relief the Court deems just and proper.

### COUNTS IV USING COLOR OF LAW TO VIOLATE A PLAINTIFF'S RIGHTS, V VIOLATING PLAINTIFF'S RIGHTS AS SECURED BY THE UNITED STATES CONSTITUTION AND VI VIOLATING PLAINTIFF'S RIGHTS AS SECURED BY THE CONSTITUTION OF THE STATE OF NEW MEXICO.

18) Plaintiff re-alleges everything set forth in the preceeding paragraphs as if fully set forth herein.

19) Defendant used the his position as a State Police Officer to violate Plaintiff's right to be secure in his private property, namely the lot Plaintiff owns off Spring Street, when he illegally conducted a traffic stop on private property without the owner's permission.

20) Defendant used his position as a State Police Officer to violate Plaintiff's right to be secure in his property and person and to be able to move freely in the community, when Officer A.J. Romero falsely and illegally arrested Defendant Gaytan and booked him into jail without charges.

21) The aforementioned rights are secured by the Constitutions of the United States and the State of New Mexico.

WHEREFORE, Plaintiff's ask for asks for all damages allowed by law for attorney's fees and costs, for pre and post judgment interest and for actual, compensatory, incidental and consequential damages, and for any other relief the Court deems just and proper.

Respectfully,
/s/ Amavalise F. Jaramillo
Amavalise F. Jaramillo, Esq.
Attorney for Defendant
P.O. Box 28
Tome, NM 87060
Ph: 505-304-0405
Fax: 505-916-0377

4

## VERIFICATION

STATE OF NEW MEXICO   )
                      ) ss.
COUNTY VALENCIA       )

Amavalise F. Jaramillo, Esq., an attorney licensed to practice law in the State of New Mexico being first duly sworn upon oath, deposes and states:

That I have read, know, and understand the contents of the foregoing pleading, and the statements therein are true and correct to the best of my knowledge and belief.

_____
Amavalise F. Jaramillo

| SUMMONS | |
|---|---|
| **SEVENTH JUDICIAL DISTRICT COURT**<br>Socorro County, New Mexico<br>**Court Address:**<br>200 Church St.<br>Socorro, NM 87801<br>**Court Telephone:** (575) 835-0050 | Case Number: D0725-CV-2018-00159<br><br>Judge: Hon. Mercedes Murphy |
| Plaintiff(s)/Petitioner(s):<br><br>David Gaytan<br>v.<br><br>State of New Mexico, State Police Officer A.J. Romero, in his individual and professional capacities. | Defendant/Respondent<br>Name: State of New Mexico<br><br>Address:<br>c/o New Mexico Attorney General<br>111 Lomas NW, Suite 300<br>Albquerque, NM 87102 |

**TO THE ABOVE NAMED DEFENDANT(S)/RESPONDENT(S)**: Take notice that:

**1.**   A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.**   You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court=s address is listed above.

**3.**   You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**   If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5**.   You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**   If you need an interpreter, you must ask for one in writing.

**7.**   You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Los Lunas, New Mexico, this 21 day of September, 2018.

CLERK OF COURT

By: Stephanie Vega
        Deputy



/s/ Amavalise F. Jaramillo
Signature of Plaintiff/Petitioner or Attorney
Name: Amavalise F. Jaramillo
Address: P.O. Box 28, Tome, NM 87060
Telephone: 505-304-0405
Fax: 505-916-0377
Email Address: Amavalise@gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULE

OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO  )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:  **(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for defendant _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

_____          Fees: _____
Signature of person making service

_____
Title (*if any*)
        Subscribed and sworn to before me this _____ day of _____, _____

_____                              _____

Judge, notary or other officer authorized to administer oaths          Official Title

| SUMMONS | |
|---|---|
| **SEVENTH JUDICIAL DISTRICT COURT**<br>Socorro County, New Mexico<br>**Court Address:**<br>200 Church St.<br>Socorro, NM 87801<br>**Court Telephone:** (575) 835-0050 | Case Number: D0725-CV-2018-00159<br><br>Judge: Hon. Mercedes Murphy |
| Plaintiff(s)/Petitioner(s):<br><br>David Gaytan<br>v.<br><br>State of New Mexico, State Police Officer A.J. Romero, in his individual and professional capacities. | Defendant/Respondent<br>Name: Officer A.J. Romero<br><br>Address:<br><br>N. Interstate 25 Socorro, NM 87801 |

**TO THE ABOVE NAMED DEFENDANT(S)/RESPONDENT(S)**: Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court=s address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Los Lunas, New Mexico, this 21 day of September, 2018.
CLERK OF COURT
By /s/ Stephanie Vega
    Deputy

/s/ Amavalise F. Jaramillo
Signature of Plaintiff/Petitioner or Attorney
Name: Amavalise F. Jaramillo
Address: P.O. Box 28, Tome, NM 87060
Telephone: 505-304-0405
Fax: 505-916-0377
Email Address: Amavalise@gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULE

OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO   )ss
COUNTY OF _____   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:  **(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

_____   Fees: _____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____

_____     _____

Judge, notary or other officer authorized to administer oaths               Official Title

FILED
7th JUDICIAL DISTRICT COURT
Socorro County
5/10/2019 3:35 PM
CLERK OF THE COURT
Rachel Gonzales

OF CIVIL PROCEDURE FOR DISTRICT COURTS,
RETURN     D-725-CV-2018-00159

STATE OF NEW MEXICO )ss
COUNTY OF Valencia )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Valencia county on the 28th day of Nov, 2018 by delivering a copy of this summons, with a copy of complaint attached, in the following manner: **(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[X]   to State of NM, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at C/o NM Attorney General (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at 111 Lomas NW (*insert defendant's last known mailing address*). Suite 300 Albuquerque, NM 87102

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

C Sandoval                    Fees: $35.00
Signature of person making service

Title (*if any*) _____
Subscribed and sworn to before me this 28 day of Nov, 2018



OFFICIAL SEAL
ANGELINA R TORRES
Notary Public State of New Mexico
My Commission Expires 11-20-20

Judge, notary or other officer authorized to administer oaths        Official Title