IN THE UNITED STATES DISTRICT OF NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

**DAVID GAYTAN**,

     Plaintiff,

vs.                                                                                Case No. 2:19-cv-00778-SMV-KRS

**STATE OF NEW MEXICO,**
**STATE POLICE OFFICER A.J. ROMERO**
**IN HIS OFFICIAL AND PERSONAL**
**CAPACITIES,**

     Defendants.

### STIPULATED ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS THE STATE OF NEW MEXICO AND STATE POLICE OFFICER A.J. ROMERO

THIS MATTER having come before the Court on the Unopposed Motion of Butt Thornton & Baehr PC attorneys Brett C. Eaton, Jessica L. Nixon, and Marc T. Shuter, to permit withdrawal as attorneys of record for Defendants The State of New Mexico and State Police Officer A.J. Romero in his Official and Personal Capacities pursuant to D.N.M.LR-CIV 83.8, the Court having reviewed the Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Brett C. Eaton, Jessica L. Nixon, and Marc T. Shuter of Butt Thornton & Baehr PC, are hereby withdrawn as attorneys of record for Defendants.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge