# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DAVID GAYTAN,

      Plaintiff,

vs.                       No.: 2:19-CV-00778-SMV-KRS

STATE OF NEW MEXICO,
STATE POLICE OFFICER A.J. ROMERO
IN HIS OFFICIAL AND PERSONAL
CAPACITIES,

      Defendants.

## ORDER GRANTING STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE AND SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' Stipulated Motion to Vacate Settlement Conference and Scheduling Order, (Doc. 54), filed August 31, 2020. The parties ask to vacate the settlement conference set for September 29, 2020, and scheduling order in light of the pending Motion for Judgment on the Pleadings and for Qualified Immunity, (Doc. 40), Motion to Stay Discovery, (Doc. 41), and Motion to Compel Supplementation of Plaintiff's Expert Disclosure, (Doc. 42). Having reviewed the Motion and record of the case, and noting that the Motion is unopposed, the Court GRANTS the Motion.

**IT IS THEREFORE ORDERED** that the Settlement Conference set for September 29, 2020 is vacated, and the deadlines in the Scheduling Order, (Doc. 27), are vacated. The Court will hold a new scheduling conference after the Motion for Judgment on the Pleadings is ruled on.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE