**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DAVID GAYTAN,

       Plaintiff,

vs.                                Cause No.: 2:19-CV-00778-SMV-KRS

STATE OF NEW MEXICO,
STATE POLICE OFFICER A.J. ROMERO
IN HIS OFFICIAL AND PERSONAL
CAPACITIES,

       Defendants.

**STIPULATED ORDER GRANTING MOTION TO SUBSTITUTE THE DEPARTMENT OF PUBLIC SAFETY AS DEFENDANT FOR DEFENDANT ROMERO AND FOR DISMISSAL OF DEFENDANT ROMERO**

THIS MATTER having come before the Court on the Stipulated Motion of Plaintiff and Defendants, through their attorneys, to substitute defendants, namely the Department of Public Safety for Defendant Romero, and to dismiss Defendant Romero, the Court having reviewed the Motion and being otherwise fully advised in the premises, FIND that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendants are substituted and DPS is a defendant in this lawsuit for purposes of fulfilling the conditions of the settlement agreement reached by the parties;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Romero is dismissed with prejudice from this lawsuit.

                                  _____

                                  STEPHAN M. VIDMAR
                                  United States Magistrate Judge

SUBMITTED AND APPROVED BY:

PARK & ASSOCIATES, LLC
_____/s/ *Taylor M. Lueras*_____
Taylor M. Lueras
*Attorney for the State of New Mexico*
*and A.J. Romero*
3840 Masthead Street, N.E.
Albuquerque, NM  87109
(505) 246-2805


__*approved via email by Amavalise Jaramillo*_____
Amavalise F. Jaramillo, Esq.
*Attorney for Plaintiff*
PO Box 28
Tome, NM 87060
505-304-0405
505-916-0377 (facsimile)
amavalise@yahoo.com