IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID GAYTAN,

    Plaintiff,

vs.                                    Cause No.: 2:19-CV-00778-SMV-KRS

STATE OF NEW MEXICO,
STATE POLICE OFFICER A.J. ROMERO
IN HIS OFFICIAL AND PERSONAL
CAPACITIES,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

**THIS MATTER** having come before the Court upon the Motion of the parties for a Stipulation of Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiff against Defendants in the above styled cause, the Court finds that the Stipulation of Dismissal with prejudice is well taken.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the above styled cause is hereby **DISMISSED** in its entirety with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims brought, or that could have been brought, between the parties are hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each party is to bear its own costs and attorney's fees.

_____
HON. STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

PARK & ASSOCIATES, LLC

　　　/s/ *Taylor M. Lueras*　　　
Taylor M. Lueras
*Attorney for the State of New Mexico
and A.J. Romero*
3840 Masthead Street, N.E.
Albuquerque, NM  87109
(505) 246-2805


　　*approved via email 2/24/22*　　　
Amavalise F. Jaramillo, Esq.
*Attorney for Plaintiff*
PO Box 28
Tome, NM 87060
505-304-0405
505-916-0377 (facsimile)
amavalise@yahoo.com